# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KRISTIN ALISE SMITH,<br><br>Defendant. | CR 20-80-SPW-1<br><br><br>**ORDER** |

Defense Counsel moves the Court to appear remotely at the hearing currently scheduled for May 13, 2021 at 9:00 a.m. (Doc. 62.) The Government has no objection. Accordingly,

**IT IS HEREBY ORDERED** the Counsel for the Defendant may appear remotely at the hearing set on May 13, 2021 at 9:00 a.m.. Counsel shall promptly contact Deputy in Charge, Julie Hollenbeck at 406-247-2311 to obtain the access information for the Zoom conference.

Dated this 7th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge