IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-80-BLG-SPW |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO QUASH WARRANT |
| vs. | |
| KRISTIN ALISE SMITH, | |
| Defendant. | |

The United States has moved to quash a warrant issued for the defendant's arrest on August 20, 2021. (Doc. 81). The motion is supported by an email from the United States Bureau of Prisons and the United States Marshals Service confirming that the defendant has self-surrendered to the BOP at her assigned facility in Waseca to serve her custodial sentence. (Doc. 81-1). Good cause appearing to quash the warrant,

IT IS HEREBY ORDERED that the warrant for defendant's arrest issued on August 20, 2021 is **QUASHED.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 26th day of August, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge